Joint Chart Summarizing Disputed Claim Terms and Positions for the Currently Asserted Claims of the Patents-in-Suit

## VLINGO'S ASSERTED PATENTS

### 1. U.S. Patent No. 5,956,681 [1]

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| means for receiving speech data transmitted from said terminal | 1, 7 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function:  receiving speech data transmitted from said terminal<br><br>structure:  speech control host unit 108, including packet transmission/ reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>4:39-45;  5:16-22;  20:28-30;  20:45-53;  23:54-58;  24:47-50;  25:45-48;  Fig 1 | governed by § 112(6)<br><br>means:  means<br><br>function:  receipt of speech data from a terminal<br><br>structure:  Transmission from a mobile terminal to the speech control apparatus as disclosed in cols. 26:59-27:34, said transmission being registered as an entry in a processing terminal registration table having a data structure as shown in Fig 10, in association with information extracted from the TCP/IP packet as disclosed at col. 4:46-53.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>4:46-53; 26:59-27:34; Fig 10<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 3-5 |
| processing means for recognizing the received speech data, converting the recognized speech data into document data, extracting a specific word from the | 1 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function:  recognizing the received speech data into document data, extracting a specific word from the converted document data, and generating formatted | governed by § 112(6), construed as separate means plus function elements below |

[1] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit A.

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| converted document data, and generating formatted document data having a predetermined format by inserting the extracted word into a specified field of the converted document data | | document data having a predetermined format by inserting the extracted word into a specified field of the converted document data<br><br>structure:  speech control host unit 108, including mobile terminal communication control section 116, text speech recognition section 117, and formatted text generation section 118, which may include one or more processors executing one or more algorithms as set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | |
| means for recognizing the received speech data | 1, 7, 10 | construed per 35 U.S.C. § 112, ¶ 6<br><br>construed elsewhere in this document per the larger means element(s) of which it is a part | governed by § 112(6)<br><br>means: means<br><br>function:  processing speech data received from a terminal<br><br>structure:  Executing text speech recognition processing in units of entries of the processing terminal registration table as disclosed in Fig 10 and col. 27:22-27 using an input buffer queue and output buffer queue, as disclosed in col. 32:1-15. Speech recognition is performed using the |

2

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | | dictionaries, tables, and algorithms as disclosed in cols. 32:34-34:5<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>27:22-27; 32:1-15; 32:34-34:5; Fig 10<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 5, 8, & 11 |
| means for converting the recognized speech data into document data | 1, 7, 10 | construed per 35 U.S.C. § 112, ¶ 6<br><br>construed elsewhere in this document per the larger means element(s) of which it is a part | governed by § 112(6)<br><br>means: means<br><br>function: converting recognized speech data into formatted document data<br><br>structure: Converting the recognized speech text data in units of entries of the processing terminal registration table as disclosed in Fig 10 and cols. 27:28-34; 31:8-11, utilizing a text buffer file associated with the terminal identification code and an input buffer queue as disclosed in col. 34:8-40.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>27:28-34; 31:8-11; 34:8-40; Fig 10<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 6, 8, & 11 |
| means for extracting a specific word from the converted document data, and generating formatted document data … by inserting | 1 | construed per 35 U.S.C. § 112, ¶ 6<br><br>construed elsewhere in this document per the larger means element(s) of which it is a part | governed by § 112(6)<br><br>means: means<br><br>function: extracting a specific word from document data, formatting it, and placing |

3

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| the extracted word into a specified field ... | | | it in the specified field<br><br>structure: extracting a specific word and inserting it in a specific field by means of functions, files, queues, and dictionaries, as disclosed in Fig 13 and cols. 34: 41-36:36.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>34:41-36:36; Fig 13<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 6-7 |
| transmitting means for transmitting the generated formatted document data | 1 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: transmitting the generated formatted document data through said communication network<br><br>structure: speech control host unit 108, including packet transmission/ reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig 1; Fig 15; Fig 16 | governed by § 112(6), construed elsewhere in this document |
| means for transmitting the | 1, 10, 12 | construed per 35 U.S.C. § 112, ¶ 6 | governed by § 112(6) |

4

068736.1001

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| generated formatted document data [through said communications network / to the specified terminal unit through the network] | | **function:** transmitting the generated formatted document data to the specified terminal unit through the network<br><br>**structure:** speech control host unit 108, including packet transmission / reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig 1; Fig 15; Fig 16 | **means:** transmitting means<br><br>**function:** transmitting the generated formatted document data from the speech control apparatus to a terminal<br><br>**structure:** A packet transmission/reception section as disclosed in cols. 6:4-7:43 which executes transmission processing for E-mail/FAX text data using the TCP packet and IP datagram formats and network transmission methodology as disclosed in cols. 36:44-38:50.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>6:4-7:43; 36:44-38:50; Figs. 6A, 6B, 6C, 7A, 7B, & 8<br><br><u>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 7 & 11</u> |
| means for extracting a word associated with a destination [from the converted document data and inserting the extracted word into a field designating a destination of the formatted document data] | 2, 7 | construed per 35 U.S.C. § 112, ¶ 6<br><br>**function:** extracting a word associated with a destination from the converted document data and inserting the extracted word into a field designating a destination of the formatted document data<br><br>**structure:** speech control host unit 108, including mobile terminal communication control section 116 and formatted text generation section 118, which may include one or more | governed by § 112(6)<br><br>**means:** means<br><br>**function:** extracting a specific word relating to a destination from document data<br><br>**structure:** extracting a specific word and inserting it in a specific destination field by means of the functions, files, queues, and dictionaries as disclosed in Fig 13, cols. 34:41-36:36.<br><br>Intrinsic Evidence:<br><br>'681 Patent: |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | processors executing one or more algorithms as set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | 34:41-36:36; Fig 13<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 6-8 |
| processing means specifies an E-mail destination as the destination and generates formatted E-mail text data as the formatted document data | 3 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: specifies an E-mail destination as the destination and generates formatted E-mail text data as the formatted document data, which may include one or more processors executing one or more algorithms as set forth in the specification and figures cited<br><br>structure: speech control host unit 108, including mobile terminal communication control section 116 and formatted text generation section 118, which may include one or more processors executing one or more algorithms as set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'681 Patent: | governed by § 112(6)<br><br>means: means<br><br>function: extracting a specific word relating to an E-mail destination from document data and generating formatted E-mail text data as formatted document data<br><br>structure: extracting a specific word and inserting it in an E-mail destination field by means of the functions, files, queues, and dictionaries as disclosed in Fig 13, cols. 34:41-36:36.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>34:41-36:36; Fig 13<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 6-8 |

YCST01: 11459950.1

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | 5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | |
| transmitting means transmits the formatted E-mail text data to the specified destination | 3 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: transmits the formatted E-mail text data to the specified destination<br><br>structure: speech control host unit 108, including packet transmission/ reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig 1; Fig 15; Fig 16 | governed by § 112(6)<br><br>means: means<br><br>function: transmitting converted and formatted E-mail text data from the speech control apparatus to a destination as specified in the received speech data<br><br>structure: A packet transmission/reception section as disclosed in cols. 6:4-7:43 which executes transmission processing for E-mail text data using the TCP packet and IP datagram formats and network transmission methodology as disclosed in cols. 36:44-38:50.<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>6:4-7:43; 36:44-38:50; Figs. 6A, 6B, 6C, 7A, 7B, & 8<br><br>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 7-8 |
| means for receiving speech data and data identifying a format type [transmitted from each of the terminal units] | 10 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: receiving speech data and data identifying a format type transmitted from each of the terminal units<br><br>structure: speech control host unit 108, including packet transmission/ reception section 115, which may include one or | governed by § 112(6)<br><br>means: means<br><br>function: receiving speech data and data identifying a format type<br><br>structure: A format type is transmitted from a terminal unit through the headers in an IP datagram whose format is disclosed in Figs. 6B & 7A; cols. 14:31-32; |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | more modems, NICs, routers or switches, or equivalent hardware, and associated software<br><br>**Intrinsic Evidence:**<br><br>'681 Patent:<br><br>6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig 1; Fig 15; Fig 16 | 15:8-13.  At the speech control host unit, the packet transmission/reception section extracts the format type data from the "data" field of the TCP segment stored in the "data" field of IP datagram and transfers said data to the mobile terminal communication control section as disclosed in Figs. 6C & 7B; col. 20:45-53, for registering an entry in a processing terminal registration table having a data structure as shown in Fig 10; cols. 26:59-27:14.<br><br>**Intrinsic Evidence:**<br><br>'681 Patent:<br><br>14:31-32; 15:8-13; 20:45-53; Figs. 6B, 6C, 7A, 7B, & 10<br><br><u>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 11</u> |
| [document generating] means for generating formatted document data having a format corresponding to the format type for each terminal unit | 10 | construed per 35 U.S.C. § 112, ¶ 6<br><br>construed elsewhere in this document per the larger means element(s) of which it is a part | governed by § 112(6)<br><br><u>means</u>:  document generating means<br><br><u>function</u>:  generating formatted document data having the corresponding format type<br><br><u>structure</u>: extracting portions of document data and inserting it in a specific field by means of functions, files, queues, and dictionaries, as disclosed in Fig 13, cols. 34:41-36:36.<br><br>**Intrinsic Evidence:**<br><br>'681 Patent: |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| means for recognizing the received speech data and converting the speech data into document data | 7 | construed per 35 U.S.C. § 112, ¶ 6<br><br>**function:** recognizing the received speech data and converting the speech data into document data<br><br>**structure:** speech control host unit 108, including text speech recognition section 117, which may include one or more processors executing one or more algorithms as set forth in the specification and figures<br><br>**Intrinsic Evidence:**<br><br>**'681 Patent:**<br><br>5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | 34:41-36:36; Fig 13<br><br><u>Notice of Intent to Issue Ex Parte Reexamination Certificate, at 11</u><br><br>governed by § 112(6), construed as separate means plus function elements elsewhere in this document |
| means for extracting a word relating to a destination from the converted document data to specify a destination | 7 | construed per 35 U.S.C. § 112, ¶ 6<br><br>**function:** extracting a word relating to a destination from the converted document data to specify a destination<br><br>**structure:** speech control host unit 108, including formatted text generation section 118, which may include one or more processors executing one or more | governed by § 112(6)<br><br><u>means:</u> means<br><br>**function:** extracting a specific word relating to a destination from document data<br><br>**structure:** extracting a specific word and inserting it in a specific destination field by means of the functions, files, queues, and dictionaries as disclosed in Fig 13, cols. |

9

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | algorithms as set forth in the specification and figures **Intrinsic Evidence:** '681 Patent: 5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | 34:41-36:36. **Intrinsic Evidence:** '681 Patent: 34:41-36:36; Fig 13 Notice of Intent to Issue Ex Parte Reexamination Certificate, at 6-8 |
| means for transmitting the converted document data to the specified destination | 7 | construed per 35 U.S.C. § 112, ¶ 6 **function:** transmitting the converted document data to the specified destination **structure:** speech control host unit 108, including packet transmission/ reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software **Intrinsic Evidence:** '681 Patent: 6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig 1; Fig 15; Fig 16 | governed by § 112(6) **function:** transmitting the converted document data to the specified destination **structure:** speech control host unit 108, including packet transmission/ reception section 115, which may include one or more modems, NICs, routers or switches, or equivalent hardware, and associated software **Intrinsic Evidence:** '681 Patent: 6:1-6; 26:6-16; 27:35-41; 37:24-34; 36:38-38:50; 38:52-40:39; Fig. 1; Fig. 15; Fig. 16 |
| [document generating] means for recognizing the received speech data, converting the recognized speech data into | 10 | construed per 35 U.S.C. § 112, ¶ 6 **function:** recognizing the received speech data, converting the recognized speech | governed by § 112(6), construed as separate means plus function elements elsewhere in this document |

10

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| document data, and generating formatted document data having a format corresponding to the format type for each terminal unit | | data into document data, and generating formatted document data having a format corresponding to the format type for each terminal unit<br><br>structure: speech control host unit 108, including mobile terminal communication control section 116, text speech recognition section 117, and formatted text generation section 118, which may include one or more processors executing one or more algorithms as set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>5:28-67; 27:22-34; 27:51-31:35; 31:38-34:5; 34:8-36:36; Fig 1; Figs. 9A-9C; Figs. 10-14 | |
| computer readable program code means comprising; means for causing a computer to receive speech data transmitted … means for causing the computer to recognize … convert … extract a specific word … and insert the extracted word into a specific field of the converted document data to generate formatted document | 11 | this claim is not subject to 35 U.S.C. § 112, ¶ 6<br><br>Intrinsic Evidence:<br><br>'681 Patent:<br><br>42:30-47 | governed by § 112(6)<br><br>means: computer readable program code means<br><br>function: program code for implementing claim 1<br><br>structure: A processor and control program at both the terminal unit and the speech control apparatus in combination with the hardware and data structures as described in the claim 1 means elements above. |

11

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| data having a predetermined format; and means for causing the computer to transmit the generated formatted document data through the network. | | | **Intrinsic Evidence:**<br><u>'681 Patent:</u><br>4:46-53; 6:4-7:43; 26:59-27:34; 32:1-15; 34:8-36:36; 36:44-38:50; Figs. 6A, 6B, 6C, 7A, 7B, 8, 10, & 13<br><br><u>Notice of Intent to Issue Ex Parte Reexamination Certificate</u>, at 3-7 & 11-12 |
| computer readable program code means comprising: means for causing a computer to receive speech data and data identifying a format type transmitted from each of the terminal units; means for causing the computer to recognize the received speech data, convert ... and generate ... having a format corresponding to the format type for each terminal unit; and means for causing the computer to transmit to a specified terminal unit through the network. | 12 | th this claim is not subject to 35 U.S.C. § 112, ¶ 6<br><br>**Intrinsic Evidence:**<br><u>'681 Patent:</u><br>42:48-65is claim is not subject to 35 U.S.C. § 112, ¶ 6 | governed by § 112(6)<br><u>means:</u>  computer readable program code means<br><u>function:</u>  program code for implementing claim 10<br><u>structure:</u>  A processor and control program at both the terminal unit and the speech control apparatus in combination with the hardware and data structures as described in the claim 10 means elements above.<br>**Intrinsic Evidence:**<br><u>'681 Patent:</u><br>6:4-7:43; 14:31-32; 15:8-13; 20:45-53; 34:41-36:36; 36:44-38:50; FIGS. 6A, 6B, 6C, 7A, 7B, 10, & 13<br><u>Notice of Intent to Issue Ex Parte Reexamination Certificate</u>, at 7, 11, & 13 |

068736.1001

**2. U.S. Patent No. 6,563,911[2]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| auto dialing/automatically dialing/automatic dialing | 1, 5, 13 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'911 Patent:<br><br>Abstract; 1:10-16; 5:40-62; 6:21-26; 6:30-59; 8:4-8; Fig. 2; Fig. 3 | making a telephone call by picking up a handset and having the call transferred without manually signaling the number to be called<br><br>Intrinsic Evidence:<br><br>1:10-16; 5:40-62; 6:40-4; 7:26-27 |
| workstation connector means | 13 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: for connection to said plurality of user computer workstation(s)<br><br>structure: LAN connection, WAN connection, Internet connection, combinations, and/or wire, cable, wireless, and/or combinations thereof, to enable the system to function<br><br>Intrinsic Evidence:<br><br>'911 Patent:<br><br>6:5-8; 8:4-8; 9:12-19; 10:18-29; Figs. 1-3 | Agreed (deleted from '354 as agreed)<br><br>Intrinsic Evidence:<br><br>6:5-8; 8:1-3; 9:12-19; 10:18-29; Figs. 1-3 |
| phoneme | 1, 5, 13 | plain and ordinary meaning, but if construed:<br><br>a perceptually distinct unit of sound that | smallest unit of speech distinguishing one word or word element from another |

[2] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit B.

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | distinguishes one word from another | **Intrinsic Evidence:** |
| | | | 1/13/2003 Amendment; Notice of Allowability |
| | | **Intrinsic Evidence:** | |
| | | '911 Patent: | |
| | | Abstract; 6:30-39; 7:16-64; 8:4-8 | |
| contained within | 1, 5, 13 | plain and ordinary meaning | saved or stored on |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | '911 Patent: | '911 Patent at Abstract, 6:47-49, 55-57 |
| | | 1:10-16; 4:27-30; 5:45-52; 8:4-8 | |
| user computer workstation | 1, 5, 13 | plain and ordinary meaning | the user's laptop, desktop, or mainframe that is collocated with the associated telephony mechanism |
| | | **Intrinsic Evidence:** | |
| | | '911 Patent: | **Intrinsic Evidence:** |
| | | 6:17-66; 7:16-25; 8:4-8; Fig. 1; Fig. 2 | 6:47-7:2; 7:16-25; 7:42-51; 1/13/2003 Amendment |
| accessing | 1, 5, 13 | plain and ordinary meaning | querying for and collecting information from |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | '911 Patent: | Abstract; 6:1-5; Fig 3; 7:25-41; 1/13/2003 Amendment; Notice of Allowability; '354 4/16/2003 Amendment |
| | | 3:45-60; 8:4-8 | |
| retrieve . . . from computer-based address book programs | | plain and ordinary meaning | retrieve specific name-telephone number data from computer-based address book programs contained within said user computer workstations |
| | | **Intrinsic Evidence:** | |
| | | '911 Patent: | |

14

068736.1001

YCST01: 11459950.1

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | 7:26-41; 8:4-8 | **Intrinsic Evidence:** Abstract; 6:20-26; Fig 3; 8:47-65; 1/13/2003 Amendment; Notice of Allowability; '354 4/16/2003 Amendment |
| user activating a telephone | 13 | plain and ordinary meaning **Intrinsic Evidence:** '911 Patent: 7:26-41; 8:4-8 | person using a telephone opening a telephone line for dialing without manual dialing of any telephone number **Intrinsic Evidence:** '911 5:45-63; 6:40-44, Fig 3 (301), 6:41-46; 7:26-27 |
| matching said phonemes and voice inputs | 1, 5, 13 | plain and ordinary meaning **Intrinsic Evidence:** '911 Patent: Abstract;  8:4-8 | analyzing and comparing phonemes and audio signal that has been converted into a digital stream **Intrinsic Evidence:** 7:52-54; Abstract; 1/13/2003 Amendment; Notice of Allowability |
| Claims 1, 5, 13 | | functional capability/capabilities do not need to be performed in order **Intrinsic Evidence:** '911 Patent: 8:4-8;  Claims 1, 5, 13 | "functional capability" and "functional capabilities" of software must be performed by software in order listed in claim (e.g., accessing, receiving, creating, matching. . .) **Intrinsic Evidence:** Claims 1, 3-5, 8-10, 13-16; 5:41-6:10; 6:30-8:8 |
| PBX-type | | plain and ordinary meaning, but if construed: a private telephone system **Intrinsic Evidence:** | telephone exchange on the user's premises, providing a switching facility for telephones on extension lines within the premises |

15

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | '911 Patent:<br><br>7:2-15; 8:4-8<br><br>Prosecution History:<br><br>January 13, 2003 Amendment at p. 11 | Intrinsic Evidence:<br><br>7:2-7; 1/13/2003 Amendment at 11 |

068736.1001

YCST01: 11459950.1

**3. U.S. Patent No. 6,671,354[3]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| auto dialing/automatically dialing/automatic dialing | 1, 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'354 Patent:<br><br>Abstract; 1:19-30; 5:56-6:2; 6:62-7:14; 8:24-46; 9:31-35; Fig. 2; Fig. 3 | making a telephone call by picking up a handset and having the call transferred without manually signaling the number to be called<br><br>**Intrinsic Evidence:**<br><br>1:19-25; 5:55-6:15; 7:7-10; 8:48-51 |
| said dialing is initiated … one-step process of speaking | 1, 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'354 Patent:<br><br>6:56-58; 8:47-9:24; 9:31-35; Fig. 5 | the user's first and only step to begin dialing a telephone number is speaking<br><br>**Intrinsic Evidence:**<br><br>• '354 at 1:19-25, 5:62-6:2, 7:5-14 |
| phoneme | 1, 8 | plain and ordinary meaning, but if construed:<br><br>a perceptually distinct unit of sound that distinguishes one word from another<br><br>'354 Patent:<br><br>6:62-7:4; 8:25-29; 8:31-35; 8:61-65; 9:9-11; 9:31-35 | smallest unit of speech distinguishing one word or word element from another<br><br>**Intrinsic Evidence:**<br><br>Notice of Allowability, '911 1/13/2003 Amendment; '911 Notice of Allowability |
| contained within | 1, 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:** | saved or stored on |

---

[3] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit C.

17

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | | **Intrinsic Evidence:** |
| | | | '354 at Fig 5 (305 and 307), 6:5-10, 7:24-29, Abstract ("The telephony mechanism and user computer workstations containing loaded address book programs with name-telephone number data, are connected to the name dialer device.") |
| user computer workstation | 1, 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'354 Patent:<br><br>1:19-30; 4:41-44; 5:56-6:2; 9:31-35 | the user's laptop, desktop, or mainframe that is collocated with the associated telephony mechanism<br><br>**Intrinsic Evidence:**<br><br>7:14-8:32 |
| accessing | 1, 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'354 Patent:<br><br>7:34-36; 8:33-46; 9:31-35; Fig. 4 | querying for and collecting information from<br><br>**Intrinsic Evidence:**<br><br>Abstract; Col. 6:20-26; Fig 3; 8:47-65; 4/16/2003 Amendment; Notice of Allowability |
| matching said phonemes and voice inputs | 8 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'354 Patent:<br><br>1:65-2:1; 3:59-4:7; 6:21-22; 9:31-35 | analyzing and comparing phonemes and audio signal that has been converted into a digital stream<br><br>**Intrinsic Evidence:**<br><br>• Col. 9:9-11; Abstract; Notice of Allowability; '911 1/13/2003 Amendment; '911 Notice of Allowability |
| Claims 1, 8, 11 | | functional capability/capabilities do not need to be performed in order<br><br>**Intrinsic Evidence:** | "functional capability" and "functional capabilities" of software must be performed by software in order listed in claim (e.g., accessing, receiving, creating, |

18

068736.1001

YCST01: 11459950.1

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | **'354 Patent:**<br><br>9:31-35; Claim1; Claim 8; Claim 11 | matching...)<br><br>**Intrinsic Evidence:**<br><br>Claims 1, 8, 11; 5:55-6:30; 6:63-9:35 |
| telephony mechanism | 1, 5, 9, 10, 13, 17, 29 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>**'354 Patent:**<br><br>7:34-36;  8:33-46;  9:31-35;  Fig. 4 | telephone physically connected to the user's workstation<br><br>**Intrinsic Evidence:**<br><br>7:39-45; 7:60-62; 8:17-20 |

**4. U.S. Patent No. 6,813,603[4]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| text stream | 1, 5, 9, 10, 13, 17, 29 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>**'603 Patent:**<br><br>1:62-2:21; 4:66-5:2; 8:19-41; 9:35-55; 9:63-10:24; 11:35-12:38; 14:35-57; Fig 12 | text data that is successively received character-by-character<br><br>**Intrinsic Evidence:**<br><br>Fig 12; 1:62-2:21; 4:66-5:2; 8:19-41; 9:35-55; 9:63-10:24; 11:35-12:38 |
| redefined standard response | 1 | predefined standard response<br><br>**Intrinsic Evidence:**<br><br>14:59-15:17 | Indefinite |
| associated with a distinct | 1, 13 | plain and ordinary meaning | uniquely linked to a specific field/uniquely linked to a specific field/uniquely |

---

[4] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit D.

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| field/associated with the current field | | **Intrinsic Evidence:**<br><br>'603 Patent:<br><br>1:62-2:9; 6:50-58; 8:4-7; 8:23-25; 10:37; 13:46-51; 14:35-57 | linked to the current field<br><br>**Intrinsic Evidence:**<br><br>1:62-2:21; 4:40-60; 6:35-42; 6:50-65; 8:4-12; 10:44-63 |
| initial text stream | 1, 5, 9, 10, 13, 17, 29 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'603 Patent:<br><br>1:62-2:21; 4:1-4; 4:49-50; 4:66-5:2; 8:20-41; 8:58-63; 11:35-12:38; 14:35-57; Figs. 9-11; Fig. 14; | Indefinite<br><br>in the Alternative:<br><br>the text stream generated by the speech engine, including non-standardized text and complete commands, which are inserted in the current entry field's text buffer<br><br>**Intrinsic Evidence:**<br><br>Fig 9-11, 14; 1:62-2:21; 4:1-4; 4:49-50; 4:66-5:2; 8:20-41; 8:58-63; 11:35-12:38; 3/22/04 Amendment After Final Rejection |
| resulting text stream | 1, 9, 13, 29 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'603 Patent:<br><br>4:10-14; 10:44-63; 11:35-12:38; 14:35-57; Figs. 11-12 | Indefinite<br><br>in the Alternative:<br><br>initial text stream modified to removea command to insert a standard response associated with the current field<br><br>**Intrinsic Evidence:**<br><br>Figs. 11-12; 4:10-14; 10:44-63; 11:35-12:38; 12/22/03 Amendment After Final Rejection |
| Claims 1, 9, 13, and 29 | | do not need to be performed in order | actions or steps must be taken in order set |

20

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | **Intrinsic Evidence:** | forth in claim |
| | | | **Intrinsic Evidence:** |
| | | Claims 1, 9, 13, and 29 | Claims 1, 9, 13, and 29; 1:62-2:21; 8:19-12:37 |

## 5. U.S. Patent No. 6,606,611[5]

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| telephone | 1 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'611 Patent:<br><br>Title; 2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; 6:27-41; Figs. 1-4 | an audio-only-based bi-directional communication device<br><br>**Intrinsic Evidence:**<br><br>Title; Figs. 1-4; 2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; Provisional application |
| Internet service provider | 1, 14, 23 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'611 Patent:<br><br>Abstract; 3:1-6; 3:52-55; 4:6-8; 4:15-18; 4:22-25; 5:4-10; 6:27-41 | **An entity located remotely from the telephone that provides Internet connectivity services to individuals, businesses, and other organizations.**<br><br>**Intrinsic Evidence:**<br><br>Abstract; 3:1-6; 3:52-55; 4:6-8; 4:15-18; 4:22-25; 5:4-10; 4/10/02 Office Action; 7/10/02 Amendment B Response to Paper No. 11; Provisional application |
| audio Internet service provider | 1, 14, 23 | plain and ordinary meaning | an Internet service provider (as construed herein) that selectively performs bi- |

[5] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit E.

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | Intrinsic Evidence:<br><br>'611 Patent:<br><br>2:50-3:13; 6:27-41; Fig. 2; Fig. 3 | directional translations between voice signals and Internet data.<br><br>Intrinsic Evidence:<br><br>3:1-6; 3:52-55; 7/10/02 Amendment B Response to Paper No. 11 |
| Internet | 1, 14, 15, 20, 22, 23, 24, 28, 29, 31 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'611 Patent:<br><br>1:20-26 | publicly accessible computer network |
| Internet address | 1, 14, 23 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'611 Patent:<br><br>1:20-26; 6:27-41 | a uniform resource locator (URL)<br><br>Intrinsic Evidence:<br><br>• Figure 4; 2:10-14; 4:32-34; 5:61-col. 6:6 |
| World Wide Web page | 1, 14, 23 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'611 Patent:<br><br>1:20-26 | publicly accessible HTML document |
| converted to an Internet address | 1 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'611 Patent:<br><br>1:20-26 | translated into a URL, without consulting a pre-defined list of URLs<br><br>Intrinsic Evidence:<br><br>1:58-67; 2:1-10; 2:40-55; 4:60-5:3; Provisional application |

22

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| bi-directional voice communication | 1 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'611 Patent:<br><br>2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; 6:27-41; Figs. 1-4 | communication over a single telephone channel in which voice signals can be transmitted in either direction<br><br>**Intrinsic Evidence:**<br><br>Figs. 1-4; 2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; Provisional application |
| a bi-directional voice communication link | 14, 23 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'611 Patent:<br><br>2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; 6:27-41; Figs. 1-4 | a single telephone channel in which voice signals can be transmitted in either direction<br><br>**Intrinsic Evidence:**<br><br>Figs. 1-4; 2:1-19; 3:48-52; 4:8-15; 4:60-5:4; 5:59-61; 5:67-6:2; Provisional application |

23

068736.1001

068736.1001

## NUANCE'S ASSERTED PATENTS

### 1. U.S. Patent No. 6,519,562[6]

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| recognition hypothesis | 1, 2, 3, 5, 9, 10, 14, 15, 16, 18, 22, 23 | sequence of text characters<br><br>**Intrinsic Evidence:**<br><br>'562 Patent:<br><br>Abstract; 1:18-28 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'562 Patent:<br><br>Abstract; 1:18-28 |
| external condition/condition external to the speech recognizer | 1, 11, 13, 14, 24, 26 | data that are unrelated to the operation of the speech recognizer, that are not predetermined, and that are not task-specific<br><br>**Intrinsic Evidence:**<br><br>'562 Patent:<br><br>3:55-5:10; 6:32-50; 11:19-34<br><br>Prosecution History:<br><br>March 28, 2002 Response at 2 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'562 Patent:<br><br>3:55-5:10; 6:32-50; 11:19-34 |
| word strings | 11, 24 | sequences of text characters<br><br>**Intrinsic Evidence:**<br><br>'562 Patent: | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'562 Patent:<br><br>1:21-22, 4:11-15 |

24

[6] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit F.

YCST01: 11459950.1

1:21-22, 4:11-15

**2. U.S. Patent No. 6,615,173[7]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| speech asynchronous audio/ asynchronous speech audio | 1, 8, 19 | variable sized chunks of audio data which may not occur within a predetermined time schedule<br><br>Intrinsic Evidence:<br><br>'173 Patent:<br><br>1:58-2:4; 3:66-4:15, 6:8-10<br><br>Prosecution History:<br><br>January 27, 2003 Response at 2 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'173 Patent:<br><br>1:58-2:4; 5:66-6:14; 8:35-50 |
| formatted audio packets | 1-5, 8, 10, 13-14, 19, 21, 24-25 | fixed sized chunks of audio data (some of which may include silence) that are received according to a predetermined time schedule<br><br>Intrinsic Evidence:<br><br>'173 Patent:<br><br>Abstract, 1:58-2:4, 2:8-18, 2:32-44, 3:58-60<br><br>Prosecution History:<br><br>September 20, 2002 Response at 4-5 | plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'173 Patent:<br><br>3:52-4:27; 6:26-65; 8:20-9:19 |

[7] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit G.

068736.1001

YCST01: 11459950.1

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| a transmission interval defined by a packetization delay | 1, 8, 19 | a parameter defining the maximum time interval during which formatted audio data must be transmitted to maintain a real-time audio stream<br><br>**Intrinsic Evidence:**<br><br>'173 Patent:<br><br>6:66-7:4<br><br>Prosecution History:<br><br>September 20, 2002 Response at 4-5 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>173 Patent:<br><br>6:66-7:4<br><br>Prosecution History:<br><br>September 20, 2002 Response at 4-5 |

**3.  U.S. Patent No. 6,665,641[8]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| a large speech database | 1-4, 9, 13-17, 21, 22, 41, 44-47, 51, 54-57, 61-63, 67, 70, 72-74, 94-100, 106 | a speech database that references many waveform candidates, occurring under varying linguistic conditions permitting prosodic and other linguistic variation in the speech output<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>20:23-31<br><br>Prosecution History: | a speech database that references many waveform candidates, occurring under varying linguistic conditions<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>20:23-26 |

---

[8] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit H.

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| high-level linguistic features | 1-3, 44-46, 54-56, 100, 103, 106 | April 22, 2002 Response at 32-33<br><br>accentuation, phonetic context, and position in the applicable sentence, phrase, word, and syllable<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>20:13-16 | tone value, stress, prominence, sentence type, boundary type, accentuation, phonetic context, and position in the applicable sentence, phrase, word, and syllable<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>20:14-17; 6:55-57 |
| low-level prosody features | 1-3, 44-46, 54-56, 100, 103, 106 | pitch contour and duration<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>20:33-35 | amplitude, energy, spectral information, pitch, contour, and duration<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>9:9-12; 9:45-47; 11:43-46; 20:33-35 |
| cost function | 1-4, 8-14, 44-47, 54-57, 61-63, 64-66, 67, 68, 69, 94-99 | a function designed to modify the probability of selecting a particular speech waveform from a list of candidate speech waveforms based on the appropriateness of its use in a speech signal output<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>9:39-44; 11:43-67; 12:3-6; 12:42-46; 13:33-38; 25:34-27:35 | a function used as part of the selection of a particular speech waveform from a list of candidate speech waveforms<br><br>Intrinsic Evidence:<br><br>• '641 Patent:<br><br>9:39-44; 11:35-40; 11:43-67; 12:3-6; 12:42-46; 13:33-38; 25:34-27:35 |
| flat bottom | 1-3, 44-46, | cost function attribute that has the effect | cost function attribute that has the effect of |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | 54-56 | of favoring approximately equally all waveform candidates having a feature value lying within a designated range; features include duration probability density function and vowel pitch continuity<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>20:7-12 | attributing an approximately equal and relatively low cost to all waveform candidates having a feature lying within a designated range<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>20:7-12 |
| steep sides | 62, 63, 94-99 | cost function attribute that has the effect of strongly disfavoring any waveform candidate having an undesired feature value; features include pitch difference, spectral distance, duration probability density function, vowel pitch continuity<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>20:55-61 | cost function attribute that has the effect of strongly disfavoring any waveform candidate having an undesired feature value<br><br>Intrinsic Evidence:<br><br>• '641 Patent:<br><br>20:55-61 |
| speech waveform selecting means, in communication with the speech database, for selecting, based, at least in part, on the symbolic prosodic features, waveforms referenced by the database using speech waveform designators that correspond to a phonetic transcription | 41 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function:  selecting, based, at least in part, on the symbolic prosodic features, waveforms referenced by the database using speech waveform designators that correspond to a phonetic transcription input, and wherein the waveform selecting means attributes, to pairs of adjacent waveform candidates, a | Agreed<br><br><br><br><br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>8:50-51; 8:59-67 |

28

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| input, and wherein the waveform selecting means attributes, to pairs of adjacent waveform candidates, a transition cost, wherein the transition cost is a function of individual costs associated with each of a plurality of features, and wherein at least one individual cost is determined by using, as an argument, an acoustic distance value selected from one of a first set of tables, each table in the first set corresponding to a non-null set of phonemes | | transition cost, wherein the transition cost is a function of individual costs associated with each of a plurality of features, and wherein at least one individual cost is determined by using, as an argument, an acoustic distance value selected from one of a first set of tables, each table in the first set corresponding to a non-null set of phonemes<br><br>structure: the RealSpeak™ Text-to Speech (TTS) engine, including waveform selector 131, which may include one or more processors executing one or more algorithms set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>4:55-58; 4:64-5:23; 5:31-42; 5:58-67; 6:7-14; 6:19-20; 6:24-32; 6:37-38; 6:43-50; 6:55-61; 7:1-11; 7:16-17; 7:23-30; 7:41-50; 7:55-57; 7:64-8:5; 8:13-16; 8:59-67; 9:26-44; 11:19-18:34; Fig 1; Tables 1-9<br><br>Prosecution History:<br><br>April 22, 2002 Response at 31 | |
| speech waveform concatenating means in communication with the | 41, 44, 45, 46, 47 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: concatenating the waveforms | Agreed |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| speech database for concatenating the waveforms selected by the speech waveform selecting means to produce a speech signal output | | selected by the speech waveform selecting means to produce a speech signal output<br><br>**structure:** the RealSpeak™ Text-to Speech (TTS) engine, including waveform concatenator 151, which may include one or more processors executing one or more algorithms set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>4:59-62; 5:43-46; 5:58-59; 6:1-4; 6:15-18; 6:33-36; 6:51-54; 7:12-15; 7:31-34; 7:51-54; 8:6-9; 8:17-44; 8:59-67; 9:51-56; 18:38-19; Fig 1<br><br>Prosecution History: | Intrinsic Evidence:<br><br>'641 Patent:<br><br>8:50-51; 8:59-67 |
| speech waveform selection means, in communication with the speech database, for selecting, waveforms referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low- | 44 | April 22, 2002 Response at 31<br><br>construed per 35 U.S.C. § 112, ¶ 6<br><br>**function:** selecting, waveforms referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low-level prosody features except those wherein the low-level features are unlikely, wherein the criteria include a requirement favoring | Agreed |

30

068736.1001

YCST01: 11459950.1

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| level prosody features except those wherein the low-level prosody features are unlikely, wherein the criteria include a requirement favoring waveform candidates having pitch within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that approximates a flat bottom | | waveform candidates having pitch within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that approximates a flat bottom<br><br>structure: the RealSpeak™ Text-to Speech (TTS) engine, including waveform selector 131, which may include one or more processors executing one or more algorithms set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>4:55-58; 4:64-5:23; 5:31-42; 5:58-67; 6:7-14; 6:19-20; 6:24-32; 6:37-38; 6:43-50; 6:55-61; 7:1-11; 7:16-17; 7:23-30; 7:41-50; 7:55-57; 7:64-8:5; 8:13-16; 8:59-67; 9:26-44; 11:19-18:34; Fig 1; Tables 1-9<br><br>Prosecution History:<br><br>April 22, 2002 Response at 31 | |
| speech waveform selection means, in communication with the speech database, for | 45 | construed per 35 U.S.C. § 112, ¶ 6<br><br>function: selecting, waveforms | Agreed |

068736.1001

31

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| selecting, waveforms referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low-level prosody features except those wherein the low-level prosody features are unlikely, wherein the criteria include a requirement favoring waveform candidates having a duration within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that approximates a flat bottom | | referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low-level prosody features except those wherein the low-level prosody features are unlikely, wherein the criteria include a requirement favoring waveform candidates having a duration within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that approximates a flat bottom<br><br>structure: the RealSpeak™ Text-to Speech (TTS) engine, including waveform selector 131, which may include one or more processors executing one or more algorithms set forth in the specification and figures<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br><br>4:55-58; 4:64-5:23; 5:31-42; 5:58-67; 6:7-14; 6:19-20; 6:24-32; 6:37-38; 6:43-50; 6:55-61; 7:1-11; 7:16-17; 7:23-30; 7:41-50; 7:55-57; 7:64-8:5; 8:13-16; | Intrinsic Evidence:<br><br>'641 Patent:<br><br>8:50-51; 8:59-67 |

32

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | 8:59-67; 9:26-44; 11:19-18:34; Fig 1; Tables 1-9<br><br>Prosecution History:<br><br>April 22, 2002 Response at 31 | |
| speech waveform selection means, in communication with the speech database, for selecting, waveforms referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low-level prosody features except those wherein the low-level prosody features are unlikely, wherein the criteria include a requirement favoring waveform candidates having coarse pitch continuity within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that | 46 | construed per 35 U.S.C. § 112, ¶ 6<br><br><u>function</u>: selecting, waveforms referenced by the database using criteria that (i) favor waveform candidates based, at least in part, directly on high-level linguistic features, and (ii) favor approximately equally all waveform candidates in respect to low-level prosody features except those wherein the low-level prosody features are unlikely, wherein the criteria include a requirement favoring waveform candidates having coarse pitch continuity within a range determined as a function of high-level linguistic features, and wherein the criteria are implemented by cost functions, and the requirement is implemented using a function having steep sides and a region that approximates a flat bottom<br><br><u>structure</u>: the RealSpeak™ Text-to Speech (TTS) engine, including waveform selector 131, which may include one or more processors executing one or more algorithms set forth in the specification and figures | Agreed<br><br>Intrinsic Evidence:<br><br>'641 Patent:<br>8:50-51; 8:59-67 |

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| approximates a flat bottom | | **Intrinsic Evidence:**<br><br>'641 Patent:<br><br>4:55-58; 4:64-5:23; 5:31-42; 5:58-67; 6:7-14; 6:19-20; 6:24-32; 6:37-38; 6:43-50; 6:55-61; 7:1-11; 7:16-17; 7:23-30; 7:41-50; 7:55-57; 7:64-8:5; 8:13-16; 8:59-67; 9:26-44; 11:19-18:34; Fig 1; Tables 1-9 | |
| waveform selecting means for selecting a sequence of waveforms referenced by the database, each waveform in the sequence corresponding to a first non-null set of target feature vectors, wherein the waveform selecting means attributes, to any waveform candidate, a node cost, wherein the node cost is a function of individual costs associated with each of a plurality of features, and wherein at least one individual cost is determined using a cost function that varies nontrivially according to a second non-null set of | 47 | **Prosecution History:**<br><br>April 22, 2002 response at 31<br><br>construed per 35 U.S.C. § 112, ¶ 6<br><br>function: selecting a sequence of waveforms referenced by the database, each waveform in the sequence corresponding to a first non-null set of target feature vectors, wherein the waveform selecting means attributes, to any waveform candidate, a node cost, wherein the node cost is a function of individual costs associated with each of a plurality of features, and wherein at least one individual cost is determined using a cost function that varies nontrivially according to a second non-null set of target feature vectors in the sequence<br><br>structure: the RealSpeak™ Text-to-Speech (TTS) engine, including | Agreed<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br>8:50-51; 8:59-67 |

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| target feature vectors in the sequence | | waveform selector 131, which may include one or more processors executing one or more algorithms set forth in the specification and figures<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>4:55-58; 4:64-5:23; 5:31-42; 5:58-67; 6:7-14; 6:19-20; 6:24-32; 6:37-38; 6:43-50; 6:55-61; 7:1-11; 7:16-17; 7:23-30; 7:41-50; 7:55-57; 7:64-8:5; 8:13-16; 8:59-67; 9:26-44; 11:19-18:34; Fig 1; Tables 1-9<br><br><u>Prosecution History:</u><br><br>April 22, 2002 Response at 31 | |
| the weight associated with at least one of the individual costs varies nontrivially according to / a cost function that varies nontrivially according to | | | a weight or cost function that changes substantially according to rules<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>11:42-17:3<br><br><u>Prosecution History</u><br><br>October 1, 2002 response pp. 29-30 ("As explained in our previous response, claim 18 is directed to a speech synthesizer that assigns to pairs of adjacent waveform candidates "a transition cost" that is "a function of individual costs associated with each of a plurality of features, and wherein at least one |

35

YCST01: 11459950.1

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | | individual cost is determined using a cost **function that varies nontrivially according to the features of a region in the phonetic transcription input that corresponds to adjacent waveform candidates.**" Hunt does describe use of a general cost function (see Figs. 1 and 2), but the transition cost functions in Hunt are fixed. Therefore, **Hunt does not suggest or teach a variable cost function as** required by claim 18. Thus, claim 18 is not anticipated by or obvious from the teachings of Hunt. Claim 79 is a corresponding means-plus-function claim, and claim 133 is a corresponding method claim, which are both allowable for the same reasons. Reconsideration and allowance are requested.") |
| varies nontrivially | 4, 8, 17, 47, 57, 61, 74 | **indefinite**<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>5:38-41; 5:64-67; 7:8-10 | See construction above for phrase: "**the weight associated with at least one of the individual costs varies nontrivially according to / a cost function that varies has the effect nontrivially according to**" |
| unlikely | 1-3, 44-46, 54-56, 100, 103, 106 | **indefinite**<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>4:64-5:2; 12:37-39; 13:29-32 | **differ so substantially from the target values as to make any match with the candidates improbable**<br><br>**Intrinsic Evidence:**<br><br>'641 Patent:<br><br>12:1-13:53 |

YCST01: 11459950.1

068736.1001

4. U.S. Patent No. 6,789,062[9]

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| automatically updating a statistical model for a speech recognition system | 1, 30 | updating a statistical model for a speech recognition system without requiring human supervision<br><br>**Intrinsic Evidence:**<br><br>'062 Patent:<br><br>Abstract; 1:12-42; 2:18-21; 2:29-63; 3:55-63; 4:21-35; 4:44-59; 10:61-66 | Not limiting because in preamble<br><br>**Intrinsic Evidence:**<br><br>'062 Patent:<br><br>2:18-21; 10:61-66; April 24, 2001 Office Action; October 24, 2011 Response and Amendment |
| automatically retraining a telephone-based interactive speech recognition system | 14 | retraining a telephone-based interactive speech recognition system without requiring human supervision<br><br>**Intrinsic Evidence:**<br><br>'062 Patent:<br><br>Abstract; 1:12-42; 2:18-21; 2:29-63; 3:55-63; 4:21-35; 4:44-59; 10:61-66 | Not limiting because in preamble<br><br>**Intrinsic Evidence:**<br><br>'062 Patent:<br><br>2:18-21; 10:61-66; April 24, 2001 Office Action; October 24, 2011 Response and Amendment |
| statistical model | 1, 2, 12, 13, 14, 23, 30 | statistical acoustic model<br><br>**Intrinsic Evidence:**<br><br>'062 Patent:<br><br>Abstract; 1:12-42; 2:29-63; 3:55-63; 4:21-35; 5:9-17 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>Abstract ("Statistical model data is determined based upon an initial set of measurement data determined from an initial set of speech utterances"); 1:12-42; 4:25-28 |

37

[9] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit I.

YCST01: 11459950.1

068736.1001

068736.1001

## 5. U.S. Patent No. 6,804,653[10]

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| push to talk (PTT) button | 1, 3-6, 8-10, 11, 13-15 | a physical moveable button used to activate a speech recognition system<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>1:31-36; 4:3-11; 4:53-66; 6:26-28; Figs. 3-5 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>1:31-36; 3:66-4:3; Fig 1 |
| indicator being positioned on said PTT button | 1 | being included in a physical moveable button used to activate a speech recognition system<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>3:56-61; 4:3-7; 6:15-20; Fig 1; Fig 5 | additional structure or movement on said PTT button<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>2:13-16; 2:56-58; 6:8-17; 6:44-47; Figs. 3-5 |
| ready state | 1, 2, 5, 7-10, 11, 13-15, 16 | state attained when the system is able to perform speech recognition<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>1:24-26, 5:10-14, 6:64-66 | a state corresponding to the period when the speech recognition system is able to perform speech recognition<br><br>**Intrinsic Evidence:**<br><br>'653 Patent:<br><br>1:24-26 |

---

[10] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit J.

38

**6. U.S. Patent No. 7,716,058[11]**

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| large vocabulary speech recognition | 1, 2, 9, 10, 14, 28, 29 | the ability to recognize a given utterance as being any one of at least two thousand different vocabulary words at one time, with the recognition depending upon which of those words has corresponding phonetic or acoustic models that most closely match the given spoken word<br><br>**Intrinsic Evidence:**<br><br>'058 Patent:<br><br>2:26-34 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'058 Patent:<br><br>2:26-34 |
| speech recognition mode | 14-16, 22, 25, 28, 29 | particular method for recognizing spoken utterances<br><br>**Intrinsic Evidence:**<br><br>'058 Patent:<br><br>Abstract; 3:49-4:3; 7:1-4; 26:38-43; 40:29-40; Fig 16; Fig 51; Fig 79; Fig 80 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'058 Patent:<br><br>Abstract; 3:49-4:3; 7:1-4; 26:38-4:1; 40:29-51; Figs. 13-16; Fig 79; Fig 80 |
| at one time | 14, 22, 25 | at the same time<br><br>**Intrinsic Evidence:**<br><br>'058 Patent:<br><br>Abstract; 2:31; 8:28; 17:23; 22:57-58; 27:41; 32:32-33; 37:60; 45:3; 65:52; | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'058 Patent<br><br>Abstract; 2:26-31; 8:36-30; 17:20-23; 22:54-58; 27:37-42; 32:29-34; 37:59-63; 44:66-45:4; 65:51-54; 74:31-36; Fig 21; Figs. 42-44; Fig |

39

---

[11] A copy of this patent and all other intrinsic evidence relied upon for construction of its claims are attached as Exhibit K.

068736.1001

| Disputed Term | Claims Affected | Vlingo's Proposed Construction and Support | Nuance's Proposed Construction and Support |
|---|---|---|---|
| | | 74:36; Fig 21; Figs. 42-44; Fig 114; Fig 115 | 114; Fig 115 |

40